UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ANDREA NUSSA LUGO,
Plaintiff,
v.                                                            CIVIL NO. 98-2030 (DRD)
WAPA TV BROADCASTING CORP., et al.,
Defendants.

ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title |
|---|---|---|
| 30 | GRANTED | Motion Requesting Leave to Announce Expert Witness |
| 32 | GRANTED | Request for Leave to File Reply to Opposition to Motion Requesting Leave to Announce Expert Witness |
| 34 | GRANTED | Defendant's Motion Requesting Extension of Time to Conduct Discovery |
| 35 | GRANTED | Informative Motion Regarding Plaintiff's Expert Witness |
| 36 | NOTED | Motion Concerning Expert Witness |

**Regarding Docket No. 34.** The Court resets the following deadlines:

1) All discovery ends – by **March 1, 2000**;

2) Dispositive Motions – Served by **March 31, 2000** (The Court reminds parties of the Court's scheduling order where dispositive motions are first served upon the opposing parties with only an informative motion being filed with the Court, etc.).

**ABSOLUTELY NO EXTENSIONS** shall be granted. All deadlines herein are **FINAL** and **FATAL**. A Settlement Conference will be held on **April 20, 2000 at 9 a.m.** Should a settlement not be reached a Pre-trial Conference will be held on Wednesday, **June 21, 2000 at 9 a.m.** The trial will commence in July 2000. Again, the parties are strongly encouraged to explore settlement.
IT IS SO ORDERED.

Date: January 13, 2000

P:\PEACHORD ERS\98-2030 ORD

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:        # 37