UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**RECEIVED & FILED**
FEB 23 2000
OFFICE-CLERK U.S. DIST. CT.
SAN JUAN, PR

Plaintiff(s) Andrea Nussa Lugo         CIVIL NO. 98-2030(DRD)

v.

Defendant(s) Pegasus Broadcasting/WAPA TV Broadcasting Corp.

| MOTION | ORDER |
|---|---|
| Docket entry no. ____ | ☒ GRANTED. |
| Date: February 17, 2000 | ☐ DENIED. |
| Title: Joint Motion For Extension Of Discovery Deadline | ☐ MOOT. |
| | ☐ NOTED. |

GRANTED. The discovery deadline is hereby extended to April 15, 2000 as requested by the parties. The parties are FOREWARNED that the Court will not entertain any further extensions of the discovery deadline.
IT IS SO ORDERED.

Date: 2/18/2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

(39)