IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANDREA NUSSA LUGO, | * | CIVIL NO. 98-2030(DRD) |
| Plaintiffs, | * | |
| v. | * | |
| PEGASUS BROADCASTING/WAPA TV BROADCASTING CORPORATION, | * | |
| Defendants. | * | |

## ORDER

Pending before the court is Defendant Pegasus' Motion Requesting Extension of Time to File Dispositive Motions based on a prior extension agreed by the parties extending discovery consented by the court, (Docket No. 40); Plaintiff's Opposition thereto basically alleging that the extension for discovery was in reality designed to extend the time to settle the case and in no way did the extension amend the order prior thereto entered by the court as to dispositive motions. (See Docket No. 41.) Finally, a request to reply was filed by Defendant Pegasus together with the reply.

First the court **GRANTS** the request to file a reply.

To the court it seems reasonable that when the parties expressly requested to extend the date to perform discovery as they did in the instant case the time to file dispositive motions was also to be extended. In its order of January 13, 2000, discovery originally ended on March 31, 2000 and dispositive motions were due March 31, 2000.

Discovery was then later extended by the court at the request of the parties in an order dated February 18, 2000 until April 15, 2000. Hence, discovery was extended beyond the deadline to file dispositive motions. The court's practice is to set dispositive motions deadlines thirty days after discovery ends. Nevertheless, Defendant Pegasus is requesting only a four-day extension after discovery ends. The court **GRANTS** the request. **The new deadline to file dispositive motions is April 19, 2000, (see method ordered by the court at the Initial Scheduling Order entered in the above captioned case). The Settlement Conference shall be held on April 20, 2000 at 9:00 a.m. and the Pre-trial on June 21, 2000 at 9:00 a.m. as originally scheduled. Trial continues to be scheduled for sometime in July 2000.**

The court does not detect any prejudice to Plaintiff by the short extension herein granted.

This order is to be notified by the Clerk's office via fax and regular mail.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 30 day of March 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)

2