UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                DATE: April 20, 2000

**CIVIL NO. 98-2030 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

=================================================================

ANDREA NUSSA LUGO        Attorneys:      Aileen Landrón Guardiola;
　Plaintiff                              Marcos Ramírez Lavandero

　　v.
PEGASUS BROADCASTING                     Radames Toruella del Valle;
WAPA TV BROADCASTING CORP.               Ariadna Alvarez; Sandra Negrón
　Defendant

=================================================================

　　SETTLEMENT CONFERENCE was held today. The parties informed the Court that no settlement has been reached although both parties have made offers/demands. The Court suggested a settlement amount based on its appreciation of the record. The parties exchanged new offers/demands and finally agreed to take the amount suggested by the Court to their clients. On Monday, April 24, 2000, the parties will inform the Court whether or not settlement has been reached.

　　If settlement is not reached, the case will proceed to trial. Accordingly, pretrial remains on schedule for June 21, 2000. Trial is scheduled to begin on July 26, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　　　LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-2030.mem