

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ANDREA NUSSA LUGO,
Plaintiff,
v.                                                                    CIVIL NO. 98-2030 (DRD)
WAPA TV BROADCASTING CORP., et al.,
Defendants.

## ORDER

The parties filed a Joint Stipulation for Voluntary Dismissal With Prejudice (Docket No. 50), requesting the dismissal of this case with prejudice. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii) and the parties' motion, the Court **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs or attorneys fees. Additionally, at the parties request, this Order and the corresponding Judgment shall be final and unappealable. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: April 28, 2000                                             DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\98-2030 DIS                              U.S. District Judge

Rec'd:            EOD:

By: