UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ANDREA NUSSA LUGO,
Plaintiff,
v.                                                    CIVIL NO. 98-2030 (DRD)
WAPA TV BROADCASTING CORP., et al.,
Defendants.

## JUDGMENT

In accordance with the Court's Order of this same date, the Court enters this final and unappealable Judgment **DISMISSING** this case **WITH PREJUDICE** and without imposition of costs or attorneys fees. IT IS SO ADJUDGED AND DECREED.

Date: April 28, 2000                                  DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\98-2030 DIS                           U.S. District Judge

Rec'd:        EOD:

By: